**Order entered January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00479-CR

### RONALD GLENN HORNSBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-10808-86-F**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On January 7, 2019, appellant filed his brief along with a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not yet held a hearing, we **VACATE** our December 21, 2018 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** his brief filed as of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Casey Blair, Presiding Judge, 86th Judicial District Court; John Daniel Oliphant Jr.; and to the Kaufman County District Attorney.

The State's brief is **DUE** thirty days from the date of this order.

/s/     LANA MYERS
        JUSTICE